455 A.2d 630

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Melvin THOMAS, Appellant.**

Supreme Court of Pennsylvania.

Submitted Dec. 8, 1982.

Decided Jan. 31, 1983.

Gene D. Cohen, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., David Da Costa, Asst. Dist. Attys., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

224

### ORDER

PER CURIAM.

Judgment of sentence affirmed.